FILED

08/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0281

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0281

IN THE MATTER OF:

G.C.,

Youth in Need of Care.

**ORDER**

Upon consideration of Appellant Father's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until September 20, 2021, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 6 2021